ADDISON P. BREWER v. ALLEN GEROW, COMMISSIONER OF HIGHWAYS, AND JOSHUA WILSON, CLERK, OF THE TOWNSHIP OF SHERIDAN.

*Highways—Proceedings to establish—Town-line road.*

Proceedings for laying out a township-line road must be taken *jointly* by the highway commissioners, under How. Stat. §§ 1296, 1305, and such action by one commissioner is void.

*Certiorari* to review proceedings in laying out a township-line highway. Argued October 31, 1890. Proceedings quashed November 14, 1890. The facts are stated in the opinion.

*C. W. Perry,* for petitioner.

MORSE, J. The proceedings to be reviewed in this

case were taken for the purpose of laying out and establishing a highway on the town line, between the townships of Sheridan and Grant, in the county of Clare.

The petition, which is the foundation of the proceedings, was signed by the requisite number of freeholders from each of the townships, but the further action taken was by the commissioner of highways of the township of Sheridan alone, and to whom the petition was directed.

The statute provides that highways upon township lines must be laid out by the joint action of the commissioners of both townships, and the proceedings of such commissioners must be filed and recorded in both townships, with the township clerk. How. Stat. §§ 1296, 1305.

The proceedings are illegal and void, and must be quashed, with costs.

The other Justices concurred.